

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-14-00016-CV

John F. **DAVIS,**
Appellant

v.

**FARIAS ENTERPRISES LTD.,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2010CVT001822 D3
Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On January 10, 2014, Appellant moved this court to transfer a copy of the clerk's and reporter's records from appeal number 04-13-00430-CV into the appellate record for this appeal.

Appellant's motion is GRANTED. We DIRECT the clerk of this court to place a copy of the clerk's and reporter's records from appeal number 04-13-00430-CV into the appellate record for this appeal—numbered 04-14-00016-CV.

The final judgment for this appeal was signed on December 18, 2013. Therefore, the clerk's and reporter's records are due on February 18, 2014. We DIRECT the clerk of this court to adjust the appellate timetable accordingly.

The Bexar County District Clerk's notification of late record filed on January 15, 2014, is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_____
Keith E. Hottle
Clerk of Court